# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHERRY ANN LANDRY AND ROLAND
JOSEPH WATSON

VERSUS

JOSHUA D. ALLISON,
INDIVIDUALLY, AND DBA OWNER
& MANAGER OF JOSHUA D.
ALLISON, APLC

NO.  2026 CW 0572

**JULY 13, 2026**

In Re:   Sherry Ann Landry and Roland Joseph Watson, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2019-15159 (Civil), JJ-9674 (Juvenile).

BEFORE:   **THERIOT, LANIER, AND MILLER, JJ.**

**WRIT DENIED.**

MRT
WIL
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT